IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                ORDER

       Plaintiff,

             09-cr-120-bbc

  v.            10-cv-696-bbc

CHRISTOPHER HAMLIN,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant Christopher Hamlin has filed a motion for post conviction relief under 28 U.S.C. § 2255, contending that he was denied the effective assistance of counsel at his trial. His motion is not easy to follow, but he seems to be arguing that a more effective lawyer would have challenged his arrest and the admissibility of the statement he made and might have been able to persuade the court that the pipe bomb he was carrying was not a defective device, as charged in the indictment.

     From reading defendant's motion, I think it is unlikely that he has any grounds for overturning his conviction, particularly in light of the vigorous representation he received in this court. However, I know from the earlier proceedings that defendant has learning disabilities and has difficulty expressing his ideas. Under these circumstances, it would be helpful to the court to have a lawyer appointed to represent defendant on his § 2255 motion. I will ask the Federal Defender to make an appointment. Once that has happened, the court

will set a briefing schedule on the motion.

      Entered this 15th day of December, 2010.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge